# Court of Appeals
# of the State of Georgia

ATLANTA, January 25, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0632. THERIAN WIMBUSH v. KAYLA T. MASON.

Therian Wimbush, whose parental rights have been terminated as to numerous children and who is presently incarcerated for three counts of cruelty to children in the first degree, has filed a myriad of pro se lawsuits and petitions against individuals involved in her cases below. In this action, Wimbush filed a petition for mandamus against Kayla T. Mason, the case manager in her dependency proceeding. The petition asserts that Mason failed to keep Wimbush updated on her children and failed to facilitate sibling visits. Mason filed a motion to dismiss, and the trial court granted the motion. Wimbush then filed this direct appeal.[1] We lack jurisdiction.

Under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Wimbush is incarcerated, she was required to file an application for discretionary appeal in order

---

[1] Wimbush initially filed her appeal in the Georgia Supreme Court, which transferred the appeal to this Court after concluding that the case did not invoke its jurisdiction. See Case No. S21A0178 (Oct. 5, 2020).

to appeal the trial court order. See *Brock v. Hardman*, 303 Ga. 729, 731 (2) (814 SE2d 736) (2018). Consequently, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  01/25/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*